**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 518 EAL 2018

           Respondent           :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

           v.                       :

                                   :

ERNEST NEDAB,                  :

                                   :

           Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.